TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Special Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>$43,590.79 IN BANK FUNDS SEIZED FROM TWO WELLS FARGO BANK ACCOUNTS AND $11,621.10 IN BANK FUNDS SEIZED FROM ONE EAST WEST BANK ACCOUNT,<br><br>    Defendants. | No. 2:21-cv-1380<br><br>VERIFIED COMPLAINT FOR FORFEITURE<br><br>18 U.S.C. §§ 981(a)(1)(A) and (C) and 984<br><br>[U.S.S.S.] |

    Plaintiff United States of America brings this claim against defendants $43,590.79 In Bank Funds Seized From Two Wells Fargo Bank Accounts and $11,621.10 In Bank Funds Seized From One East West Bank Account, and alleges as follows:

## JURISDICTION AND VENUE

1. The government brings this in rem civil forfeiture action pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and 984.

2. This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendants in this action (collectively, the "defendant funds") are:

    a. $43,590.00 In Bank Funds Seized From Two Wells Fargo Bank Accounts, which funds were seized pursuant to a federal seizure warrant on or about September 10, 2020 at Wells Fargo Bank, 1200 Wilshire Boulevard, Los Angeles, California 90017 and are comprised of (i) $18,590.79 seized from a Wells Fargo Bank account with the last four digits ending in 1639 and held in the name of Xin Qi (the "WFB '1639 Account") and (ii) $25,000.00 seized from a Wells Fargo Bank account with the last four digits ending in 1621 and held in the name of Shaobo Yu (the "WFB '1621 Account"); and

    b. $11,621.00 In Bank Funds Seized From One East West Bank Account, which funds were seized pursuant to a federal seizure warrant on or about September 9, 2020 at East West Bank, 624 South Grand Avenue, #100, Los Angeles, California 90017, and consist of $11,621.00 seized from an East West Bank account with

the last four digits ending in 2191 and held in the name of Xin Qi (the "EWB '2191 Account").

6. The defendant funds are currently in the custody of the United States Secret Service ("USSS") in this District, where they will remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Shaobo Yu, Xin Qi and eight victims (referred to herein as A.D.C, K.B., V.D., C.H., C.H.-2, T.K., S.H., and A.M.) may be adversely affected by these proceedings.

## FACTS SUPPORTING FORFEITURE

### Background on Romance Scams and Social Engineering Fraud

8. A romance scam scheme is a common means of fraud wherein a victim is induced into believing he or she is in a romantic relationship with the fraudster, who is using a fake internet persona. The fraudster then convinces the victim, through false pretenses and material misrepresentations, to wire money into accounts controlled by the fraudster.

9. A social engineering fraud scheme is similar to a romance scam fraud scheme. Social engineering is a method used to manipulate victims into performing certain actions or providing confidential information. When successfully executed, social engineering techniques can cause a victim to send money to someone whom he or she met on a website or to provide confidential information such as his or her personal identifiable information and bank account information.

10. Social engineering victims also sometimes serve as

money mules,[1] meaning that these victims are recruited or tricked by the scheme perpetrators to receive and transfer money acquired from the perpetrators' criminal activities.

11. A business email fraud is a type of social engineering fraud scheme which targets victim companies by targeting company employees with access to company finances and tricking them into making wire transfers to bank accounts thought to belong to trusted company partners, when in fact the money is wire transferred into accounts controlled by the scheme perpetrators. In most cases, the targeted employees of the victim company have not met the scheme perpetrator before the employees wire or send funds, and the funds are transferred through intermediary bank accounts being used as layering accounts. Layering entails separating the criminal proceeds from their original source and creating a complex audit trail through a series of financial transactions to frustrate law enforcement and make the proceeds appear to have come from legitimate sources.

<u>Victims of Fraud Are Tricked into Depositing Funds into and Qi and Yu's Bank Accounts</u>

12. In March of 2018, the USSS learned of and began investigating a complex fraud scheme involving romance scams, social engineering, and business email fraud schemes which had

---

[1] "Money Mules" are persons who, knowingly or unknowingly, are used by criminals to execute small portions of a larger criminal money laundering scheme. Mules will typically either execute small transactions or carry portions of currency to be laundered, and are typically not informed of the source of the funds they are transporting or the true identities of the owners of those funds. In this way, money launderers can execute broad laundering schemes with minimal risk to themselves.

affected multiple victims depositing at least $91,100 in funds into bank accounts controlled by Qi and Yu, as described herein.

### Victim A.D.C.

13. In June 2020, USSS investigators spoke to victim A.D.C. regarding an $8,500 cash deposit he/she made into an account at Bank of America, account number ending '7422, in the name of Xin Qi (the "Qi BofA Account").

14. A.D.C. advised that in 2017 he/she received an unsolicited email from Digital Ulster Bank, web address Digitial-Ulster.com, located in the United Kingdom. The email advised A.D.C. that he/she was the beneficiary of a $1.5 million inheritance. The email further explained that in order to receive this inheritance he/she would be required to pay fees for taxes and transfer fees. A.D.C. made a cash deposit as directed into the Qi BofA Account of approximately $8,500.00. In addition to that deposit, A.D.C. was asked to deposit funds to other bank accounts totaling approximately $12,000. A.D.C. estimates that he/she lost approximately $20,000 to this scam.

15. USSS investigators believe that A.D.C. is a victim of a confidence scam and that A.D.C.'s $8,500 deposit into the Qi BofA Account is fraudulent proceeds of such a scam.

### Victim K.B.

16. In May 2020, USSS investigators spoke to victim K.B. regarding May 2017 deposits of $5,000 and $18,500 made into the Qi BofA Account.

17. In 2017, K.B. started communicating with an unidentified person purporting to be Steve Hoffman ("Hoffman")

on the internet dating website Match.com. K.B.'s intention was to develop a romantic relationship with Hoffman. K.B. never met Hoffman in person and communicated with Hoffman via text message or speaking on the phone. Hoffman told K.B. that he was originally from Germany and they communicated from 2017 to 2018.

18. During one conversation, Hoffman told K.B. that he owned a construction company in Santa Barbara, CA and that he was currently in the Philippines working a construction job. Hoffman told K.B. that he needed money to pay expenses for his construction business and asked K.B. if she would send him money. Hoffman told K.B. he was awaiting receipt of $1,000,000 from Europe and that he would use those funds to reimburse her for the money she provided. K.B. received an inheritance when her parents passed away and used funds from that inheritance to complete bank teller transfers of $5,000 and $18,500 into the Qi BofA Account. In addition to those deposits into the Qi BofA Account, K.B. was also asked by Hoffman to, and did, deposit funds totaling $187,300 into a bank account in the name of Fuzhou Shaunxiang Suitcase Company Limited, account number ending '5774, maintained at Bank of China.

19. In 2018 K.B. asked Hoffman to return funds she provided to him. Hoffman told K.B. numerous times that he had construction expenses and would be unable to return the funds. Hoffman continued to ask K.B. for additional funds to cover construction expenses, however K.B. refused to provide more money. In 2018 K.B. was no longer able to reach Hoffman via telephone as Hoffman's phone numbers had been disconnected.

20. USSS investigators believe that K.B. is a victim of a confidence and romance scam and K.B.'s $5,000 and $18,500 bank transfers to the Qi BofA Account are fraudulent proceeds of such a scam.

*Victim V.D.*

21. In July 2020, USSS investigators spoke to victim V.D. regarding a $10,000 cash deposit made into the Qi BofA Account.

22. In 2017, V.D. started communicating with an individual purportedly named Kelvin ("Kelvin"), on the internet dating website PlentyofFish.com. V.D.'s intention was to develop a romantic relationship with Kelvin and they communicated for a period of several months in 2017. Kelvin told V.D. he lived and owned a business in the state of Oregon. V.D. and Kelvin discussed meeting in person numerous times and once V.D. purchased an airline ticket to fly to Oregon to meet Kelvin. However, one day before the scheduled meet date Kelvin told V.D. he would be out of town and would have to reschedule a day to meet. Ultimately, V.D. and Kelvin never met in person.

23. Several months before meeting Kelvin, V.D.'s father passed away. During this time period V.D. was emotionally vulnerable in dealing with her father's death and began abusing narcotics. During this period, Kelvin told V.D. about an investment opportunity and asked V.D. to invest funds. V.D. agreed to the investment and deposited $10,000 in funds from her father's estate into the Qi BofA Account, the details of which were provided to her by Kelvin.

24. USSS investigators believe that V.D. is a victim of a confidence and romance scam and V.D.'s $10,000 deposit she made to the Qi BofA Account are fraudulent proceeds of such a scam.

### *Victim C.H.*

25. In July 2020, USSS investigators spoke to C.H. regarding a $4,500 cash deposit made into the Qi BofA Account.

26. In 2017, C.H. started communicating with an individual purportedly named Beck ("Beck"), on the internet dating website PlentyofFish.com. C.H. communicated with Beck from 2017 to 2019 via text message and telephone. Beck told C.H. that he was an independent contractor originally from Texas but was now living in Africa. During one conversation, Beck explained to C.H. that because he was out of country he needed her help facilitating a bank funds transfer. Beck asked C.H. to open an account at Royal Credit Union and Beck transferred $4,500 to her account. Beck then asked C.H. to withdraw those funds in cash and deposit those funds into the Qi BofA Account, which C.H. did.

27. USSS investigators believe that C.H. is a victim of a confidence scam and was used as a "money mule," and C.H.'s $4,500 deposit into the Qi BoA Account is fraudulent proceeds of such a scam.

### *Victim C.H.-2*

28. In July 2020, USSS investigators spoke to C.H.-2 regarding an $8,100 cash deposit made into the Qi BofA Account.

29. C.H.-2 was a victim of two confidence scams that occurred in 2016 and 2017. The first scam started in 2016 when C.H.-2 received an unsolicited email from a person purportedly

1  named Stacey Ransom ("Ransom"), advising him/her they had won a
2  $10.5 million lottery from United Bank of Africa. To access
3  those funds C.H.-2 would receive an ATM card after paying funds
4  required for Homeland Security, legal and other fees.  C.H.-2
5  paid the fees and began to receive ATM cards along with a
6  personal identification number ("PIN") to access the funds.
7  After receiving the first ATM card, C.H.-2 was successful in
8  withdrawing $100 at a Bank of America ATM machine. C.H.-2
9  attempted a second transaction to withdraw funds and discovered
10 the ATM card no longer worked. C.H.-2 contacted Ransom via email
11 to inquire why the ATM cards no longer worked and was told to
12 pay additional fees to obtain a new PIN.  Ransom provided C.H.-2
13 a phone number and instructed him/her to contact a person named
14 Anita ("Anita"), for further instructions. C.H.-2 spoke to Anita
15 at least three times on the telephone to obtain PINs.
16      30.  C.H.-2 also advised that he/she was a victim of a
17 second scam to obtain funds from him/her. Using a Gmail chat
18 room, he/she began to communicate from 2017 to 2019 with an
19 unidentified individual purportedly named Barbara Minsky
20 ("Minsky"). Minsky told C.H.-2 that she was currently a student
21 in Guam, was a United States citizen, and had lived in Virginia
22 and Iowa. During one email exchange Barbara told C.H.-2 that she
23 had been arrested while traveling to Germany. Shortly after
24 receiving this message, C.H.-2 received an email purportedly
25 from Dennis Minsky, advising C.H.-2 that he was Minsky's brother
26 and requested $80,000 to help get her out of jail, which C.H.-2
27 ultimately paid. Over the period from July 2016 to October 2017,
28

C.H.-2 deposited funds into sixteen different bank accounts at Bank of America totaling approximately $110,000, as a result of these scams.

31. USSS investigators believe that C.H.-2 is a victim of a confidence and romance scam and C.H.-2's $8,100 cash deposit into the Xin Qi BoA Account is fraudulent proceeds of such a scam.

*Victim T.K.*

32. In February 2020, USSS investigators were contacted by victim T.K.'s daughter, L.K., regarding a $5,000 cashier's check deposited into the Qi BofA Account.

33. Around February or March 2017, T.K. began an online relationship with a person named Sherry ("Sherry") who T.K. met on Facebook. Over the next several months, Sherry sent photos of purporting to be of herself and promised to move to Minnesota and marry T.K. The photos Sherry provided, however, were those of a model posted on the website Instagram.

34. T.K. was ultimately defrauded out of at least $19,000 by Sherry through false pretenses. In one instance, Sherry told T.K. that she needed money sent via wire transfer to stop from being deported, and in another instance, Sherry told T.K. that Sherry's father was an attorney in South America who needed funds to unlock his fortune.

35. During this period, T.K. was suffering from frontal temporal dementia. Over the next several months, T.K.'s spouse, K.K., discovered funds missing from several bank accounts and new credit card debt in her and T.K.'s name. As a result of the

11

extreme debt, K.K. and T.K. filed for bankruptcy and ultimately divorced in 2018.

36. USSS investigators believe T.K. is a victim of a confidence and romance scam and T.K.'s $5,000 cashier's check deposited into the Qi BofA Account is fraudulent proceeds of such a scam.

### *Victim S.H.*

37. In January 2020, USSS investigators spoke to S.H. regarding a $5,000 teller deposit transfer made in May 2017 to the Qi BofA Account.

38. S.H. advised that in 2016 he/she started communicating with a person he/she believed to be a male on Facebook Messenger. S.H.'s intention was to develop a romantic relationship, and the unidentified male told S.H. he was serving in the United States military and was currently stationed in Syria. S.H. was told on numerous occasions that when he returned to the United States he would visit her in Dallas, TX. Ultimately, they never met in person.

39. In May 2017, the unidentified male told S.H. that he needed to transfer funds to his mother's bank account in the United States and asked her to assist him facilitating the transfer. S.H. agreed to this request and a few days later received a $7,500 wire transfer into his/her account maintained at Bank of America. S.H. was then told to transfer $5,000 to the Qi BofA Account. Shortly after receiving the $7,500 transfer into his/her account, Bank of America closed S.H.'s account and

informed him/her that the $7,500 wire he/she received was fraudulent.

40. USSS investigators believe S.H. is a victim of a confidence and romance scam and was used as a "money mule," and S.H.'s $5,000 transfer she made into the Qi BofA Account is fraudulent proceeds of such a scam.

### *Victim A.M.*

41. In May 2018, USSS investigators spoke to A.M. regarding two cash deposits made on June 7, 2017, by A.M. in the amount of $18,000 ($9,000 each) into Bank of America account ending '7448 in the name of Qi's spouse, Shaobo Yu (the "Yu BofA Account"), and learned the following:

42. In early 2016, A.M. met an unidentified person on the website Facebook, purportedly named Manuel Bayani ("Bayanai"), originally from Sweden, but now living in Columbus, Ohio. A.M. communicated with Bayanai via Skype, Facebook and email; they never met in person. A.M. felt comfortable communicating with Bayanai, because he had a photo of his daughter and mother on his Facebook page. After communicating with Bayanai for a few months, Bayanai told A.M. he had completed a $6.7 million construction bridge job in Phonm Pehn, Cambodia. Bayanai further told A.M. with the job now complete, he had to pay taxes to the Cambodian government and to the United Nations for money transfer fees. From 2016 to 2017, Bayanai provided A.M. with numerous bank account numbers in which to deposit funds, and told A.M. he would reimburse him/her with funds totaling $1 million that he had in a Cambodia bank. Prior to sending any

funds, A.M. asked Bayanai for identification to prove he was Manuel Bayanai. In response, Bayanai emailed A.M. a copy of what A.M. believed to be a legitimate United States of America passport, bearing the name Manuel Bayanai, with passport number ending '1315.[2] After receiving the passport, A.M. believed he/she knew Bayanai's true identity and began to send funds at Bayanai's request. Among other transfers, A.M. sent funds via wire transfers and cash deposits to bank accounts incuding two July 7, 2017 cash deposits $18,000 ($9,000 each) to the Yu BofA Account, and an $8,500 deposit made into the Qi BofA Account.

43. Prior to meeting Bayanai on Facebook, A.M. was retired and financially secure, and as a result of all the funds sent to Bayanai, A.M. had to return to work.

44. USSS investigators believe A.M. was a victim of a confidence and romance scam, and A.M.'s $8,500 cash deposit A.M. made into the Qi BoA Account is fraudulent proceeds of such a scam.

<u>Yu and Qi Open Bank Accounts Which Receive Fraud Proceeds</u>

45. On or about August 8, 2017, EWB Account '2191 was opened in the name of Xin Qi ("Qi"), with an address listed in Diamond Bar, California[3], as the only authorized account signer.

46. On or about August 14, 2017, WFB Account '1639 was

---

[2] The USSS queried a law enforcement database for that passport number, which revealed no match; in addition, the USSS queried the name Manuel Bayanai, with a date of birth, which revealed no results.

[3] Pursuant to Local Rule 5.2-1, only the city and state of personal residence addresses are set forth in this Complaint.

opened in the name of Qi, with an address listed in Diamond Bar, California, as the only authorized account signer.

47. On or about August 14, 2017, WFB Account '1621 was opened in the name of Shaobo Yu ("Yu"), with an address listed in Diamond Bar, California, as the only authorized account signer.

### The Defendant Funds Are Traceable to Fraud Proceeds

48. A cashier's check purchased from Bank of America drawn on the Qi BofA Account, in the amount of $362,240, was deposited into the EWB '2191 Account on or about August 8, 2017.

49. On August 16, 2017, a check was deposited from the EWB '2191 Account in the amount of $25,000, into the WFB '1621 Account.

50. On August 16, 2017, a check was deposited from the EWB '2191 Account, in the amount of $25,000 into the WFB '1639 Account.

51. On or about September 10, 2020, USSS investigators executed a federal seizure warrant at Wells Fargo Bank for the WFB '1639 Account and the WFB '1621 Account and seized the defendant $43,590.79 In Bank Funds Seized From Two Wells Fargo Bank Accounts.

52. On or about September 9, 2020, USSS investigators executed a federal seizure warrant at East West Bank for the EWB '2191 Account and seized the defendant $11,621.10 In Bank Funds Seized From One East West Bank Account.

FIRST CLAIM FOR RELIEF

53. Plaintiff incorporates the allegations of paragraph 1-52 above as though fully set forth herein.

54. Based on the above, plaintiff United States of America alleges that the defendant funds constitute or are derived from proceeds traceable to violations of 18 U.S.C. §§ 1343 (wire fraud), and/or 1344 (bank fraud), both of which are specified unlawful activities as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B). The defendant funds are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). In addition, to the extent that the defendant funds are not the actual monies or assets directly traceable to the illegal activity identified herein, plaintiff alleges that the defendant funds are identical property found in the same account or place as the property involved in the specified offense, rendering the defendant funds subject to forfeiture pursuant to 18 U.S.C. § 984.

SECOND CLAIM FOR RELIEF

55. Plaintiff incorporates the allegations of paragraph 1-52 above as though fully set forth herein.

56. Based on the above, plaintiff United States of America alleges that the defendant funds constitute property involved in multiple transactions or attempted transactions in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and/or and (a)(1)(B)(i), or property traceable to such property, with the specified unlawful activity being violations of 18 U.S.C. §§ 1343 (wire fraud) and/or 1344 (bank fraud). The defendant funds are therefore

subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).  In addition, to the extent that the defendant funds are not the actual monies or assets directly traceable to the illegal activity identified herein, plaintiff alleges that the defendant funds are identical property found in the same account or place as the property involved in the specified offense, rendering the defendant funds subject to forfeiture pursuant to 18 U.S.C. § 984.

//
//
//

WHEREFORE, plaintiff United States of America prays:

(a)  that due process issue to enforce the forfeiture of the defendant funds;

(b)  that due notice be given to all interested parties to appear and show cause why forfeiture should be not be decreed;

(c)  that this Court decree forfeiture of the defendant funds to the United States of America for disposition according to law; and

(d)  for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: February 16, 2021

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

　/s/ Dan G. Boyle
DAN G. BOYLE
Assistant U.S. Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>VERIFICATION</u>

I, Fred D. Apodaca, hereby declare that:

1. I am a Special Agent with the Department of Homeland Security ("DHS"), United States Secret Service ("USSS").

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16th, 2021 in Los Angeles, California.

FRED D. APODACA
SPECIAL AGENT - USSS